Exhibit A

## NOTICE OF CONSENT

I, Docia Markray, hereby consent to become a party plaintiff in the lawsuit in which this consent is filed which is brought under the Fair Labor Standards Act to recover overtime wages from my current or former employer(s).

Respectfully Submitted,

Docia Markray

_____
Docia Markray (Dec 1, 2020 16:03 CST)
Signature